Floyd W. Bybee, SB 012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Todd D. Simpson, SB 031251
**LARSON & SIMPSON, PLC**
90 S. Kyrene Rd, Ste. 5
Chandler, AZ 85226-4687
Phone: (602) 730-2875
Fax: (866) 359-3374
todd@larsonandsimpson.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah K. Darling; | No. _____ |
| Plaintiff, | **COMPLAINT** |
| v. | |
| Bank of America, National Association; | (Jury Trial Demanded) |
| Defendant. | |

**Preliminary Statement**

1. On one or more occasions Defendant obtained the Plaintiff's credit report in violation of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681 *et seq*. Plaintiff seeks monetary, declaratory and injunctive relief.

## Jurisdiction and Venue

2. Jurisdiction over this action is premised upon 15 U.S.C. § 1681p and 28 U.S.C. § 1367.

3. Venue is proper in this District under 28 U.S.C. § 1391(b), and in that the Defendant's conduct complained of occurred in the District.

## Parties

4. Plaintiff is an individual who resides in Maricopa County, Arizona.

5. Defendant Bank of America, National Association ("BANA") is a nationally chartered bank doing business within the state of Arizona.

6. BANA was formerly known as FIA Card Services, N.A.

## Factual Allegations

### *The Impermissible Access*

7. On December 17, 2014 BANA requested a consumer report (hereinafter "credit report" or "consumer report") on Ms. Darling from Trans Union, a national consumer reporting agency.

8. The notation on Ms. Darling's Trans Union credit report says the inquiry was made by "FIA CSNA."

9. In order to request the credit report, BANA told Trans Union that the credit report was being requested for an "account review."

10. On December 29, 2011, Ms. Darling filed for protection under Chapter 7 of the bankruptcy code.

11. Ms. Darling's Chapter 7 Bankruptcy was discharged on April 10, 2012.

12. At the time of BANA's inquiry, every FIA Card Services credit card and BANA account Ms. Darling has had was either closed or included in and discharged in her Chapter 7 bankruptcy case.

13. At the time of the inquiry, Ms. Darling had no active or open accounts with FIA Card Services for BANA to review.

14. BANA was sent one or more notices of Ms. Darling's Chapter 7 filing by the bankruptcy court on or about December 30, 2011.

15. BANA was also sent one or more notices of Ms. Darling's bankruptcy discharge by the bankruptcy court on or about April 10, 2012.

16. BANA did not have a permissible purpose for requesting or obtaining a credit report on Plaintiff on December 17, 2014.

17. At the time BANA made its inquiry, BANA knew that all accounts it had with Ms. Darling were closed.

18. At the time BANA made its inquiry, BANA knew that all accounts it had with Ms. Darling were included and discharged in Ms. Darling's Chapter 7 bankruptcy.

19. At the time BANA made its inquiry, BANA knew that its stated purpose for obtaining Ms. Darling credit report, that of "Account Review," was false.

20. At the time BANA made its inquiry, BANA knew that it did not have a permissible purpose to access Ms. Darling's credit report.

21. Upon information and belief, at the time BANA obtained Plaintiff's credit report on December 17, 2014, BANA had a policy of regularly ignoring the bankruptcy discharge of its former customers and regularly requested credit reports under the guise of an "Account Review."

### *Other Impermissible Accesses*

22. Upon information and belief, BANA accessed Ms. Darling's consumer report one or more times between December 1, 2013 and December 2,

2015 without a permissible purpose.

## Count I.   Violation of FCRA

### *Negligently Obtaining Consumer Report Without Permissible Purpose*

23. Plaintiff incorporates the preceding paragraphs.

24. BANA acted negligently in requesting and obtaining Ms. Darling's credit reports without a permissible purpose.

25. BANA's conduct in obtaining Ms. Darling's credit reports without a permissible purpose therefore violated 15 U.S.C. §1681b(f).

26. As a result of BANA's violation of the FCRA, Ms. Darling has suffered an invasion privacy, and other actual damages.

WHEREFORE, the plaintiff requests that this Court enter judgment in her favor and against defendant BANA as follows:

    a.    pursuant to 15 U.S.C. § 1681*o*(a)(1), award her actual damages, for each impermissible access of her credit report;

    b.    pursuant to 15 U.S.C. § 1681*o*(a)(2), award costs of the action and reasonable attorney fees; and

    c.    grant such other and further relief as the court deems just and proper.

## Count II.   Violation of FCRA

### *Willfully Obtaining Consumer Report Without  Permissible Purpose*

27. Plaintiff incorporates the preceding paragraphs.

28. BANA acted willfully in requesting and obtaining Ms. Darling's credit reports without a permissible purpose.

29. BANA's conduct in willfully obtaining Ms. Darling's credit reports without a permissible purpose therefore violated 15 U.S.C. §1681b(f).

1  30.  As a result of BANA's violation of the FCRA, Ms. Darling has suf-
2       fered an invasion privacy, and other actual damages.
3       WHEREFORE, the plaintiff requests that this Court enter judgment in
4  her favor and against defendant BANA as follows:
5       a.   pursuant to 15 U.S.C. § 1681n(a)(1)(A), award her actual dam-
6            ages, or not less than $100 and not more than $1,000 for each
7            impermissible access of her credit report, whichever is greater;
8       b.   pursuant to 15 U.S.C. § 1681n(a)(2), award such punitive dam-
9            ages as the Court deems appropriate;
10      c.   pursuant to 15 U.S.C. § 1681n(a)(3), award costs of the action
11           and reasonable attorney fees; and
12      d.   grant such other and further relief as the court deems just and
13           proper.
14  / / /
15  / / /

**Demand for Jury Trial**

Plaintiff hereby demands a jury trial on all issues so triable.

RESPECTFULLY SUBMITTED:  December 1, 2015 .

   s/ Floyd W. Bybee
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Todd D. Simpson, SB 031251
**LARSON & SIMPSON, PLC**
90 S. Kyrene Rd, Ste. 5
Chandler, AZ 85226-4687
Phone: (602) 730-2875
Fax: (866) 359-3374
todd@larsonandsimpson.com

Attorneys for Plaintiff